UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 08-10018-NMG

UNITED STATES OF AMERICA

v.

ROBERT DUNBAR

**SECOND ORDER TO ANSWER**

**February 9, 2011**

**BOWLER, U.S.M.J.**

On May 21, 2010, defendant Robert Dunbar filed a post conviction motion to vacate under 28 U.S.C. § 2255. (Docket Entry # 32). On the same day, the court ordered the Clerk to serve a copy of the motion on the office of the United States Attorney. The court also ordered the United States of America ("the government") to file an answer or a responsive pleading within 20 days of receipt of the motion. (Docket Entry # 33).

To date, the government has not filed an answer or responsive pleading. The government is therefore **ORDERED** to file the answer or responsive pleading in accordance with the May 21, 2010 Order on or before February 22, 2011. A failure to comply with this Order may result in sanctions.

                                        /s/ Marianne B. Bowler
                                        **MARIANNE B. BOWLER**
                                        United States Magistrate Judge