UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 08-10018-NMG

UNITED STATES OF AMERICA

v.

ROBERT DUNBAR

**REPORT AND RECOMMENDATION RE:
MOTION TO VACATE, SET ASIDE AND OR CORRECT
SENTENCE PURSUANT TO TITLE 28 U.S.C. § 2255
(DOCKET ENTRY # 32)**

**August 4, 2011**

**BOWLER, U.S.M.J.**

Pending before this court is a pro se motion to vacate, set aside and or correct a sentence pursuant to 28 U.S.C. § 2255 ("section 2255") filed by petitioner Robert Dunbar ("petitioner" or "Dunbar"). (Docket Entry # 32). On February 22, 2011, the United States of America ("the government") filed a response to the section 2255 motion. (Docket Entry # 35).

The motion sets out four grounds for vacating the sentence. (Docket Entry ## 32 & 35). First, petitioner submits that he received ineffective assistance at his sentencing hearing.

*Report and Recommendation accepted and adopted.*

*/s/ NM Gorton, USDJ 9/26/11*