United States District Court
District of Massachusetts

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>) Criminal Action No.<br>ROBERT DUNBAR, ) 08-10018-NMG<br>)<br>Defendant. )<br>) | |

MEMORANDUM & ORDER

GORTON, J.

Robert Dunbar pled guilty to bank robbery in November, 2008, and was sentenced to 158 months in prison and 36 months of supervised release. Dunbar now claims his sentence was unconstitutional and seeks relief under 28 U.S.C. § 2255.

Dunbar's claims are baseless. His second petition was not certified by the Court of Appeals, as required under 28 U.S.C. § 2244, and his argument misreads Alleyne v. United States, 133 S. Ct. 2151 (2013), which is inapplicable to his case because it applies neither retroactively nor to cases without mandatory minimum sentences. Id. at 2155.

ORDER

In accordance with the foregoing, defendant's motion for relief under 28 U.S.C. § 2255 is **DENIED** and his petition for a writ of habeas corpus (Docket No. 53) is **DISMISSED**.

**So ordered.**

_____
Nathaniel M. Gorton
United States District Judge

Dated February 24, 2014